United States District Court
Southern District of Texas
**ENTERED**
January 24, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROJELIO AND MARIA GONZALEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO.<br>4:19-CV-03676 |

## EXHIBIT A—PROPOSED SCHEDULING AND DOCKET CONTROL ORDER

Jury __X__   Non-jury: _____

The disposition of this case will be controlled by the following schedule and deadlines:

1. **NEW PARTIES SHALL BE JOINED BY:**   01.17.2020
   The attorney causing the addition of new parties will provide copies
   of this Order to new parties.

2. **EXPERT WITNESSES FOR THE PLAINTIFF** will be identified by a report
   listing the qualifications of each expert, each opinion the expert
   will present, and the basis for it. Due date:   06.05.2020

3. **EXPERT WITNESSES FOR THE DEFENDANT** will be identified by a report
   listing the qualifications of each expert, each opinion the expert
   will present, and the basis for it. Due date:   07.10.2020

4. **DISCOVERY must be completed by:**   11.30.2020
   Written discovery requests are not timely if they are filed so close to
   This deadline that the recipient would not be required under the Federal
   Rules of Civil Procedure to respond until after the deadline.

5. **DISPOSITIVE AND NON-DISPOSITIVE MOTIONS**
   **(except for motions in limine) will be filed by:**   12.18.2020

6. **JOINT PRETRIAL ORDER AND MOTIONS IN LIMIT** will be filed by: *March 15, 2021.*
   The Court will set this date. Plaintiff is responsible for timely filing
   The complete Joint Pretrial Order to include Voir Dire and Jury Issues.

7. **DOCKET CALL is set for:** _April 2, 2021_ **at 4:00pm**
The Court will set this date. No instrument filed within 7 days before the
Docket Call will be considered at Docket Call.

Signed: _1/24/20_

_[signature]_
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE